# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00705-CV

### Y. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-004591, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant Y. S. filed her notice of appeal on October 3, 2019. The appellate record was complete November 21, 2019, making appellant's brief due December 11, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Robert Galvin to file appellant's brief no later than January 2, 2020. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 17, 2019.

Before Justices Goodwin, Kelly, and Smith